IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ALTURO JUAN PASCO,<br><br>        Plaintiff<br><br>      VS.<br><br>TYDUS LEADOWS,<br><br>        Defendant | **NO. 5: 06-CV-189 (CWH)**<br><br>PROCEEDINGS UNDER 42 U.S.C. §1983<br>BEFORE THE U. S. MAGISTRATE JUDGE |

## O R D E R

Upon review of the **MOTION FOR RELIEF FROM JUDGMENT AND/OR ORDER PURSUANT TO RULE 60 (b)(1), FED. R/ CIV. P**. (Tab #53) and of the argument set forth therein by plaintiff ALTURO JUAN PASCO, said motion is DENIED.  In the view of the undersigned, the jury which returned a verdict in favor of the defendant properly considered the evidence presented and properly considered the credibility of the plaintiff and of the defendant in reaching its decision.

SO ORDERED AND DIRECTED, this 23rd day of FEBRUARY, 2010.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE